

# NUMBER 13-14-00707-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BUFORD RANDLE A/K/A RANDLE BUFORD,  Appellant,

v.

THE STATE OF TEXAS,  Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

## ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Appellant, Buford Randle a/k/a Randle Buford, has filed a notice of appeal with this Court from his conviction in trial court cause number 14-CR-0561-E. The trial court has certified that "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On December 11, 2014, we ordered appellant's counsel, John M. Lamerson, to, within thirty days, review the record and advise this Court as to whether appellant has a right to appeal. *See* TEX. R. APP. P. 44.3, 44.4. Counsel responded to this Court's order stating the appellant did not waive his right to appeal. Appellant asserted his right to trial, the jury found him guilty, and he was sentenced pursuant to his election. Counsel advises this Court that no amended certification has been filed.

Therefore, we ABATE this appeal and REMAND this cause to the trial court for a hearing to determine whether the appellant has the right of appeal. We further direct the trial court to issue findings of fact and conclusions of law regarding this issue. The trial court's amended certification, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days from the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed
13th day of February, 2015.

2